NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENNIS M. HOLLERAN,                          )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No. 2D15-5183
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____          )

Opinion filed February 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Jorge León Chalela of Jorge León
Chalela, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CRENSHAW, MORRIS, and BLACK, JJ., Concur.